IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KEVIN R. MOON**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
Reg. #12758-003

v.　　　　　　　　　Case No. 2:15-cv-00034-KGB-BD

**C.V. RIVERA, Warden, Federal
Correction Complex, Forrest City, Ark.**　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 6). Plaintiff Kevin R. Moon has not filed any objections to the Proposed Findings and Recommendations, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that it should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, because defendant C.V. Rivera already provided Mr. Moon with the relief requested, the Court dismisses without prejudice this case.

SO ORDERED this 7th day of January, 2016.

_____
Kristine G. Baker
United States District Judge