IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KEVIN R. MOON**                                                                                          **PLAINTIFF**
**Reg. #12758-003**

v.                                    Case No. 2:15-cv-00034-KGB-BD

**C.V. RIVERA, Warden, Federal**
**Correction Complex, Forrest City, Ark.**                                         **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this 7th day of January, 2016.

_____
Kristine G. Baker
United States District Judge